UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: **24-cv-00971-VSB**

| | |
|---|---|
| JOSHUA ADAMS,<br>    Plaintiff,<br>vs.<br><br>**104 West 13th Street Owners Corp,** and<br>**N&J Salam Corp.** | **AFFIRMATION OF<br>MARIA-COSTANZA BARDUCCI<br>IN SUPPORT OF ENTRY OF<br>CLERK'S<br>CERTIFICATE OF DEFAULT OF<br>DEFENDANT,<br>N&J SALAM CORP.** |

      I, Maria-Costanza Barducci, Esq., as Counsel for Plaintiff in the above-styled action, hereby affirm under penalty of perjury as follows:

      1)    Barducci Law Firm, PLLC represents Plaintiff, **JOSHUA ADAMS** ("Plaintiff"), in the above captioned matter.

      2)    The within action was commenced for injunctive relief, pursuant to the Americans with Disabilities Act, 42 U.S.C., Section 12181 *et. seq*. (ADA) and 28 CFR Part 36 (ADAAG).

      3)    Plaintiff is a resident of the State of New York. Plaintiff was born with spina bifida and Hydrocephalus, and as a result is bound to ambulate in a wheelchair

      4)    The within action was commenced on **February 9, 2024**.

      5)    The Summons and Complaint [DE#1] were served on the Defendant, **N&J Salam Corp.** ("Defendant"), by service upon the Secretary of State on **February 20, 2024**. Defendant's time to answer or otherwise respond to the complaint expired on **March 12, 2024**. To date, no Answer has been interposed on behalf of the Defendant. The Defendant is a corporate entity, and is not an individual in the military service, nor is the Defendant an infant or incompetent.

6) Defendant, **N&J Salam Corp.**, has not interposed an answer. It is apparent that the Defendant has no intention of voluntarily submitting to the jurisdiction of the Court.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter a Notice of Default with respect to Defendant, **N&J Salam Corp.**. in the within matter.

Dated: April 16, 2024

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
*Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com
