UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                             :

JOSHUA ADAMS,                         :
                                           :

                     Plaintiffs,  :
                                         :                   24-CV-971 (VSB)
          - against -           :
                                         :                    **ORDER**
                                       :

N&J SALAM CORP.,               :
                                       :

                   Defendants.  :
                                       :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

A show-cause hearing is scheduled to take place in this matter on August 22, 2024 at

11:00 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley

Square, New York, New York 10007.  (Doc. 27.)  It is hereby ORDERED that the show cause

hearing will instead take place telephonically.  The dial-in number for the conference line is 888-

363-4749 and the access code is 2682448.

SO ORDERED.

Dated:       August 21, 2024
              New York, New York

                                         _Vernon Broderick_
                                         Vernon S. Broderick
                                         United States District Judge