UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                            :

JOSHUA ADAMS,                             :

                                                                            :

                                     Plaintiff,    :

                                                                              :                 24-CV-971 (VSB)

                          -against-              :

                                                                              :                    **<u>ORDER</u>**

104 WEST 13TH STREET OWNERS CORP., :
*et al.*,                                                               :

                                                        Defendants.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff initiated this matter by filing a complaint on February 9, 2024.  (Doc. 1.) Because Defendants did not respond to the complaint, Plaintiff moved for default judgment on April 18, 2024.  (Doc. 23.)  On August 22, 2024, Plaintiff moved to withdraw his motion for default judgment "after conferring with the Defendants." (Doc. 33.)  On August 30, 2024, I granted that motion.  (Doc. 35.)

       On October 1, 2024, I so ordered the parties' proposed case management plan and scheduling order. (Doc. 39.)  According to that order, the parties were required to (1) submit a joint letter providing a status of this case by May 6, 2025, and (2) appear before me in a telephonic post-discovery conference on May 13, 2025.  To date, the parties have failed to file the joint status letter.  Accordingly, the parties are hereby:

       ORDERED to file the joint status letter by no later than May 15, 2025.

       IT IS FURTHER ORDERED that the telephonic post-discovery conference scheduled for May 13, 2025 is adjourned to May 29, 2025 at 2 p.m.  The parties are advised that the Court's

former dial-in number is no longer in service.  The new dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**.  There is no attendee ID.

SO ORDERED.

Dated:  May 8, 2025
       New York, New York

Vernon S. Broderick
United States District Judge